# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144989

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVE ANTHONY RICHARDS,
      Defendant-Appellant.

SC: 144989
COA: 306209
Wayne CC: 07-020663-FC

_____/

On order of the Court, the application for leave to appeal the February 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

CAVANAGH and McCORMACK, JJ., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



h0612

Clerk